■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. FUNDERBURK, Also Known as SEAN WILLIAMS, Appellant. [627 NYS2d 495] —Judgment unanimously affirmed. Memorandum: We reject the contention that evidence concerning an uncharged robbery was improperly admitted. The robbery victim's testimony constituted relevant background information to the charge of criminal possession of stolen property *(see, People v McCray,* 165 AD2d 765, 766, *lv denied* 77 NY2d 880; *see also, People v Haddock,* 203 AD2d 120, *lv*

*denied* 84 NY2d 826; *People v Thompson,* 202 AD2d 337, *lv denied* 83 NY2d 915; *People v Martinez,* 180 AD2d 403, 403-404, *lv denied* 79 NY2d 1004). The record supports the court's determination that the showup identification of defendants by the police officer was not impermissibly suggestive *(see, People v Reed,* 197 AD2d 866, *lv denied* 82 NY2d 901). The court's charge on reasonable doubt as a whole conveyed the proper standard of proof, and the characterization of the trial as a "search for the truth", although not favored, does not require reversal *(see, People v Carfagna,* 212 AD2d 960).

We reject the contention of defendant Shanklin that the evidence is insufficient to support his conviction of criminal mischief in the third degree (Penal Law § 145.05). Possession of the damaged property is not an element of that crime.

Defendant Funderburk has failed to preserve for review the contention in his *pro se* supplemental brief that the court erred in failing to discharge one of the sworn jurors *(see, People v Almodovar,* 196 AD2d 718, *lv denied* 82 NY2d 890, *cert denied* — US —, 114 S Ct 2143), and we decline to review that contention as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). The court properly denied defendant Funderburk's motion to dismiss the indictment on speedy trial grounds *(see,* CPL 30.20, 30.30). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.